United States District Court
Southern District of Texas

**ENTERED**
November 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LUCAS, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-15-2825 |
| T-MOBILE USA, INC., | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

For the reasons explained in the accompanying Memorandum and Opinion, T-Mobile USA, Inc.'s motion for summary judgment, Docket Entry No. 20, is granted. Both parties are to bear their own costs.

SIGNED on November 21, 2016, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge